Adam P. Segal, Esq.
Nevada Bar No. 6120
Xanna R. Hardman, Esq.
Nevada Bar No. 9579
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA, <br><br> Plaintiff, <br><br> vs. <br><br> NATIONAL CONVENTION SERVICES, a New York corporation revoked in the State of Nevada; NATIONAL CONVENTION SERVICES, a New York corporation doing business in Nevada as NATIONAL CONVENTION SERVICES; and WESTERN SURETY COMPANY, <br><br> Defendants. | Case No. 2:09-cv-02380-KJD-PAL <br><br> **INDEX OF EXHIBITS FOR PLAINTIFF'S MOTION TO COMPEL CONTRACT COMPLIANCE REVIEW** |
| AND ALL RELATED CLAIMS. | |

1.  Exhibit 1        Affidavit of Maryse Peoples in Support of Motion to Compel Contract Compliance Review

2.  Exhibit 1(A)    Short Form Collective Bargaining Agreement between National and the International Brotherhood of Teamsters, Local No. 631.

3.  Exhibit 1(B)    Master Labor Agreement between the Union and GES

4. Exhibit 1(C)  Restated and Amended Agreement and Declaration of Trust for the Teamsters Local 631 Security Fund.

5. Exhibit 2  Affidavit of Independent Accountant in Support of Motion to Compel Contract Compliance Review

6. Exhibit 3  Proposed Order granting Motion to Compel Contract Compliance Review