# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA,<br><br>                              Plaintiff,<br><br>vs.<br><br>NATIONAL CONVENTION SERVICES, a New York corporation revoked in the State of Nevada; NATIONAL CONVENTION SERVICES, a New York corporation doing business in Nevada as NATIONAL CONVENTION SERVICES; and WESTERN SURETY COMPANY,<br><br>                              Defendants. | Case No. 2:09-cv-02380-KJD-PAL<br><br><br><br>**ORDER OF PARTIAL DEFAULT JUDGMENT AGAINST NATIONAL CONVENTION SERVICES** |
| AND ALL RELATED CLAIMS. | |

Before the Court is Plaintiff's, the Trustees of the Teamsters Local 631 Security Fund for Southern Nevada ("Security Fund"), Application for Partial Default Judgment against Defendant National Convention Services ("National"), default being entered against National, and the Court having reviewed the documents on file in the above-entitled matter and being fully advised in the premises:

1    IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that judgment is entered
2 against National in the amount of $45,823.42, representing delinquent contributions, liquidated
3 damages, interest, administrative fees, attorney fees, and court costs to the Security Fund for the
4 time period of July 2008 through February 2009 and July 2009 through April 2010.
5    DATED this  5th  day of  October , 20 10 .

6

7    _____
8    United States District Court Judge