Adam P. Segal, Esq.
Nevada Bar No. 6120
Aaron B. Fricke, Esq.
Nevada Bar No. 11129
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Off:  (702) 382-2101
Fax:  (702) 382-8135

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL CONVENTION SERVICES, a New York corporation revoked in the State of Nevada; NATIONAL CONVENTION SERVICES, a New York corporation doing business in Nevada as NATIONAL CONVENTION SERVICES; and WESTERN SURETY COMPANY,<br><br>Defendants.<br><br>AND ALL RELATED CLAIMS. | CASE NO. 2:09-cv-02380-KJD-PAL<br><br>**ORDER FOR DEFAULT JUDGMENT AGAINST NATIONAL CONVENTION SERVICES** |
|---|---|

Before the Court is Plaintiff's Motion for Default Judgment against Defendant, National Convention Services, a New York corporation revoked in the State of Nevada and doing business in Nevada as National Convention Services ( collectively "National"). Default has been entered against National, and the Court having reviewed the documents on file in this case and being fully advised:

///

///

20036\93\1568928.1
8/1/11

1

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that judgment is entered against National in the amount of $2,191,171 representing delinquent contributions, liquidated damages, interest, audit fees, attorney's fees and costs, and court costs to the Plaintiff.

DATED this 3rd day of August, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:
BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Adam Segal
_____
Adam P. Segal, Esq., Nevada Bar No. 6120
Aaron B. Fricke, Esq., Nevada Bar No. 11129
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Attorneys for Plaintiffs