Adam P. Segal, Esq.
Nevada Bar No. 6120
Aaron B. Fricke, Esq.
Nevada Bar No. 11129
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Off: (702) 382-2101
Fax: (702) 382-8135

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL CONVENTION SERVICES, a New York corporation revoked in the State of Nevada; NATIONAL CONVENTION SERVICES, a New York corporation doing business in Nevada as NATIONAL CONVENTION SERVICES; and WESTERN SURETY COMPANY,<br><br>Defendants. | CASE NO. 2:09-cv-02380-KJD-PAL<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO STAY PROCEEDINGS** |
| AND ALL RELATED CLAIMS. | |

Plaintiff, Trustees of the Teamsters Local 631 Security Fund for Southern Nevada ("Security Fund"), and Defendant, Western Surety Company ("WSC"), by and through their counsel of record, hereby give notice to the court that the Security Fund and WSC have agreed to a settlement in this case. The parties are in the process of finalizing formal settlement documents, and intend to file a stipulation and order of dismissal within approximately thirty (30) days.

1  Because of the upcoming dismissal, the Security Fund and WSC respectfully request that the
2  Court stay consideration of Plaintiff's pending Motion for Summary Judgment against Western
3  Surety Company (ECF. No. 72) for thirty (30) days.
4  DATED this 12th day of September, 2011.   DATED this 12th day of September, 2011.

BROWNSTEIN HYATT FARBER SCHRECK, LLP    ANDERSON, MCPHARLIN & CONNERS, LLP

/s/ Aaron Fricke                         /s/ Brian Bradford
Adam P. Segal, Esq.                      Brian L. Bradford, Esq.
Nevada Bar No. 6120                      Nevada Bar No. 9518
Aaron B. Fricke, Esq.                    Carleton R. Burch, Esq.
Nevada Bar No. 11129                     Nevada Bar No. 10527
100 North City Parkway, Suite 1600       Anderson, McPharlin & Connors, LLP
Las Vegas, Nevada 89106-4614             777 North Rainbow Blvd., Suite 145
Telephone: (702) 382-2101                Las Vegas, Nevada 89107
Facsimile:(702) 382-8135                 blb@amclaw.com
                                         crb@amclaw.com
Attorneys for Plaintiff

Attorneys for Western Surety Company

**IT IS SO ORDERED.**

_____
**DISTRICT COURT JUDGE**

**DATED:** ___9/13_____, **2011**

## CERTIFICATE OF SERVICE

Pursuant to Federal Rules of Civil Procedure 5(b), I certify that I am an employee of Brownstein Hyatt Farber Schreck, LLP and that on this 12th day of September, 2011, I served true copy of the foregoing **NOTICE OF SETTLEMENT AND REQUEST TO STAY PROCEEDINGS** upon:

Jeffrey Winchester, Esq.
Shaun P. Haley, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart
Wells Fargo Tower, Suite 1100
3880 Howard Hughes Parkway
Las Vegas, Nevada 89169
shaun.haley@ogletreedeakins.com

*Attorneys for Defendant, National Convention Services*

☒ a. **BY CM/ECF System**

☐ b. **BY U.S. MAIL** in a sealed envelope(s) mailed with postage thereon fully prepaid..

**I declare under penalty of perjury that the foregoing is true and correct.**

/s/ Ebony Davis
An Employee of Brownstein Hyatt Farber Schreck, LLP

20036\93\1584660.1

3