ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
777 No. RAINBOW BLVD., SUITE 145
LAS VEGAS, NEVADA 89107
TEL (702) 479-1010 • FAX (702) 479-1025

1 CARLETON R. BURCH, ESQ.
Nevada Bar No. 010527
crb@amclaw.com
2 BRIAN L. BRADFORD, ESQ.
Nevada Bar No. 009518
3 blb@amclaw.com
4 ANDERSON, McPHARLIN & CONNERS LLP
777 North Rainbow Boulevard, Suite 145
5 Las Vegas, Nevada  89107
Telephone: (702) 479-1010 ♦ Facsimile: (702) 479-1025
6
Attorneys for Defendant/Cross-Claimant/Counter-
7 Claimant/Third Party Plaintiff Western Surety Company

8                   **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF NEVADA**

| | |
|---|---|
| 10 TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN 11 NEVADA, | Case No. 2:09-CV-02380-KJD-PAL |
| 12                     Plaintiff, | **DEFAULT JUDGMENT AGAINST NATIONAL CONVENTION SERVICES, LLC, JAMES ANGELLINO AND ANNIE ANGELLINO** |
| 13       vs. | |
| 14 NATIONAL CONVENTION SERVICES, a New York corporation revoked in the State of 15 Nevada; NATIONAL CONVENTION SERVICES, a New York corporation doing 16 business in Nevada as NATIONAL CONVENTION SERVICES; and WESTERN 17 SURETY COMPANY, | |
| 18              Defendants. | |
| 19 WESTERN SURETY COMPANY, a South Dakota corporation, | |
| 20 | |
| 21                 Cross-Claimant, | |
| 22       vs. | |
| 23 TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA, an express trust; NATIONAL 24 CONVENTION SERVICES, a New York corporation revoked in the State of Nevada; 25 NATIONAL CONVENTION SERVICES, a New York corporation doing business in 26 Nevada as NATIONAL CONVENTION SERVICES, | |
| 27 | |
| 28             Cross-Defendants. | |

877660.1 5303.370

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
777 No. RAINBOW BLVD., SUITE 145
LAS VEGAS, NEVADA 89107
TEL (702) 479-1010 • FAX (702) 479-1025

WESTERN SURETY COMPANY, a South Dakota corporation,

   Counter-Claimant,

  vs.

TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA,

   Counter-Defendants.

---

WESTERN SURETY COMPANY, a South Dakota corporation,

   Third Party Plaintiff,

  vs.

JAMES ANGELLINO, an individual; ANNIE ANGELLINO, an individual; NATIONAL CONVENTION SERVICES, LLC, a New York corporation; and DOES I through V, individuals; and ROES VI through X, Corporation and Partnerships,

   Third Party Defendants.

Upon Application for Default Judgments filed by Western Surety Company, Defaults having been entered against National Convention Services [Doc. 45] and James and Annie Angellino [Doc. 49], the Court having reviewed the papers and pleadings on file herein; pursuant to Fed. R. Civ. Pro. 8(b)(6) and Fed. R. Civ. Pro. 55(b)(2), good cause appearing,

IT IS HEREBY ORDERED that Default Judgment is hereby in favor of Western Surety Company and against National Convention Services, James Angellino and Annie Angellino, jointly and severally, in the amount of $85,077.91, said amount representing the $60,000 bond interplead in this matter, attorneys' fees in the amount of $21,744.00 and costs in the amount of $3,333.91.

DATED this 17 day of October, 2011.

_____
US District Court Judge

877660.1 5303.370