# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA,<br><br>        Plaintiff,<br><br>v.<br><br>NATIONAL CONVENTION SERVICES, *et al*.,<br><br>        Defendants. | Case No. 2:09-CV-02380-KJD-PAL<br><br>**ORDER** |

    Presently before the Court are Plaintiff's Motion for Summary Judgment (#72) against Western Surety Company and Cross-Claimant/Third-Party Plaintiff Western Surety Company's Motion for Summary Judgment (#66). However, these motions are moot. On October 14, 2011, the Court granted (#81) the Stipulation and Order of Dismissal of Defendant Western Surety Company. Furthermore, Default Judgment (#73) was granted against Defendants National Convention Services.

    On October 14, 2011, Western Surety supplemented (#82) its motion for summary judgment and motion for default judgment. On October 28, 2011, the Court granted Default Judgment (#84) in favor of Western Surety Company and against Cross-Defendants/Third-Party Defendants National Convention Services, LLC, Annie Angellino and James Angellino.

1       Accordingly, IT IS HEREBY ORDERED that the Motions for Summary Judgment (#66/72)
2 are **DENIED as moot**;
3       IT IS FURTHER ORDERED that the Clerk of the Court close this case.
4       DATED this 8th day of March 2012.

_____
Kent J. Dawson
United States District Judge

2